IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORENE FRENCH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DATA SOFTWARE SERVICES, LLC d/b/a ELEAD1ONE and SMITH CAIRNS FORD LINCOLN MERCURY, INC.,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 7:16-cv-00870-KMK  |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice.

Dated: August 24, 2016

FOR PLAINTIFF

*/s/ Frederick J. Klorczyk III*
Joshua Arisohn
Frederick J. Klorczyk III
BURSOR & FISHER, P.A.
888 Seventh Ave.
New York, NY  10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
jarisohn@bursor.com
fklorcyzk@bursor.com

So Ordered -

/s/ KMK
8/25/16

FOR DEFENDANTS

*/s/ Troy Lieberman*
Jason C. Kravitz (admitted *pro hac vice*)
Gina M. McCreadie (GM6189)
Troy Lieberman (admitted *pro hac vice*)
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-1000
Fax: (617) 345-1300
jkravitz@nixonpeabody.com
gmccreadie@nixonpeabody.com
tlieberman@nixpeabody.com

*Attorneys for Defendant Data Software Services, LLC d/b/a Elead1One*

FOR DEFENDANTS

*/s/ Stevan H. Labonte*
Stevan H. Labonte
Labonte Law Group PLLC
100 Ring Road, Suite 108
Garden City, NY 11530
slabonte@labontelawgroup.com

*Attorneys for Defendant Smith Cairns Ford Lincoln Mercury, Inc.*

IT IS SO ORDERED.

Dated: _____, 2016

_____
Kenneth M. Karas
United States District Judge